## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LESA SUZAN SZCZEPANIAK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-23-145-G** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell, entered September 22, 2023. No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 14) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is REVERSED, and the case is remanded for further proceedings in accordance with sentence four of 42 U.SC. § 405(g). A separate judgment shall be entered.

IT IS SO ORDERED this 16th day of October, 2023.

CHARLES B. GOODWIN
United States District Judge